**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

In re JACK DENZER,

        Plaintiff.

_____/

No. C 14-2618 NJV (PR)

**ORDER OF DISMISSAL**

     The Court opened this case when Plaintiff wrote a letter to the court regarding the medical care at his prison. In an effort to protect Plaintiff's rights, the Court used the letter as the basis to open a new case. (Doc.1.) The Court informed Plaintiff that he had not filed a complaint and gave Plaintiff twenty-eight days to do so. (Doc. 2.) The Court also sent Plaintiff a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"), and allowed Plaintiff twenty-eight days to either pay the fee or file the application. (Doc. 3.) A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

     On June 20, 2014, Plaintiff submitted a letter indicating that he did not wish to file a case and wished to have this action dismissed. (Doc. 5.) This case is therefore **DISMISSED** without prejudice. No fee is due. The Clerk shall close the file.

     **IT IS SO ORDERED.**

Dated: June 25, 2014.

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

In re JACK DENZER,                                    No. 1:14-CV-2618  NJV

                    Plaintiff.

                                                     CERTIFICATE OF SERVICE

_____/

        I, the undersigned, hereby certify that on June 25, 2014, I SERVED a true and correct copy

of  the attached, by  placing said copy in a postage paid envelope  addressed to the person listed

below and depositing said envelope in the U.S. Mail.

Jack Denzer
C-18632
CSATEF/State Prison at Corcoran
P.O. Box 52 42
D-3-227
Corcoran, CA 93212

                                        /s/  Linn Van Meter
                                        _____
                                            Linn Van Meter
                                            Administrative Law Clerk to
                                            the Honorable Nandor J. Vadas

2